**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MIN KI BAEK<br><br>  Plaintiff,<br><br>v.<br><br>EKYY, LLC, et al.<br><br>  Defendants. | Case No. 1:17-cv-00429-JEB |

**STIPULATION OF DISMISSAL**

  Pursuant to Fed. R. Civ. P. 41, all parties hereby stipulate to the dismissal of this action in its entirety, *with prejudice*, each party to bear its own costs.

Date: May 26, 2017　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Justin Zelikovitz, Esq.
　　　　　　　　　　　　　　　　　　　　Justin Zelikovitz, #986001
　　　　　　　　　　　　　　　　　　　　DCWAGELAW
　　　　　　　　　　　　　　　　　　　　519 H Street NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　Phone: (202) 803-6083
　　　　　　　　　　　　　　　　　　　　Fax: (202) 683-6102
　　　　　　　　　　　　　　　　　　　　justin@dcwagelaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　/s/ Jason J. Huh
　　　　　　　　　　　　　　　　　　　　Jason J. Huh, #1023857
　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF JASON J. HUH, PLLC
　　　　　　　　　　　　　　　　　　　　7700 Leesburg Pike, Suite 119
　　　　　　　　　　　　　　　　　　　　Falls Church, VA 22043
　　　　　　　　　　　　　　　　　　　　Phone: (703) 288-1515
　　　　　　　　　　　　　　　　　　　　Fax: (703) 288-1517
　　　　　　　　　　　　　　　　　　　　attorneyhuh24@gmail.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*